82 A.3d 429

**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**Justin Lamar CULVER, Respondent.**

Supreme Court of Pennsylvania.

Dec. 19, 2013.

## *ORDER*

PER CURIAM.

**AND NOW,** this 19th day of December 2013, the Petition for Allowance of Appeal is **GRANTED,** the decision of the Superior Court is **VACATED,** and the matter is **REMANDED** to the Court of Common Pleas of Pike County to conduct a new forfeiture hearing in accordance with *Commonwealth v. Hann,* 622 Pa. 636, 81 A.3d 57, 2013 WL 5827034 (2013).

The Application to File Supplement to Petition for Allowance of Appeal is **DENIED.**